AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

JSW

### OFFENSE CHARGED

8 U.S.C. 1326

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

**DEFENDANT - U.S.**

ERIC ARTEAGA RAMIREZ

DISTRICT COURT NUMBER

**PENALTY:**

Imprisonment for not more than ten years;
Fine of up to $250,000.00;
Special assessment of $100.00; and
Supervised release of not more than three years.

E-filing

CR 08    0549

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Deportation Officer Cesar Lopez, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    **SHOW DOCKET NO.**
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

3:08-MEJ-70468

Name and Office of Person
Furnishing Information on
THIS FORM    Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Matthew L. McCarthy

### DEFENDANT

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed  8/5/2008

**DATE OF ARREST**  ▶  3/22/2008    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  ▶  7/21/2008    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court



FILED

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE:  SAN FRANCISCO

AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**V.**

E-filing

ERIC ARTEAGA RAMIREZ

**JSW**

CR 08        0549

DEFENDANT.

# INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien
After Deportation

INDICT

A true bill.

_____ Foreman

Filed in open court this ___ day of August 2008

_____ KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no prior



JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. 0549 |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry by an Alien After Deportation |
| v. | ) | |
| ERIC ARTEAGA RAMIREZ a/k/a ERIC ARTEAGG RAMIREZ a/k/a ERIC RAMIREZ | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges:

On or about January 17, 2008, the defendant,

ERIC ARTEAGA RAMIREZ,
a/k/a Eric Arteagg Ramirez,
a/k/a Eric Ramirez,

an alien, was excluded, deported, and removed from the United States, and thereafter, on or about March 22, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for the Department of Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United

//

//

//

INDICTMENT

1    States, in violation of Title 8, United States Code, Section 1326.

2        It is further alleged that the defendant was removed from the United States subsequent to the

3    date of conviction for a felony.

4

5    DATED: _8-14-08_                          A TRUE BILL

6                                             FOREPERSON

7

8    JOSEPH P. RUSSONIELLO
     United States Attorney

9

10

11   KYLE WALDINGER
     Deputy Chief, Major Crimes Section

12

13   (Approved as to form:
                    MATTHEW L. McCARTHY
14                  Assitant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT
                                      2